942 So.2d 920 (2006)
Joshua TRULL, Appellant,
v.
STATE of Florida, Appellee.
No. 5D06-2232.
District Court of Appeal of Florida, Fifth District.
October 24, 2006.
Rehearing Denied November 29, 2006.
Joshua Trull, Sanderson, pro se.
Charles J. Crist, Jr., Attorney General, Tallahassee, and Mary G. Jolley, Assistant *921 Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Thomas v. State, 914 So.2d 27 (Fla. 4th DCA 2005).
PLEUS, C.J., PALMER and TORPY, JJ., concur.